UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                                                  CHAPTER 13

Marcos Osmani Rivero                                               CASE NO. 12-18611-AJC
a/k/a Marcos O. Rivero, and
Tania Rivero,
           Debtor(s).

_____/

## MOTION FOR RE-HEARING

**COMES NOW**, Debtors, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero (hereinafter "Debtors"), and move this Court for re-hearing pursuant to Federal Rule of Bankruptcy Procedure 8015 on Debtors' Motion to Value and Determine Secured Status of Lien on Real Property [ECF #20], and in support state as follows:

1. On October 30, 2012, the parties appeared before this Court and presented evidence relating to Debtors' Motion to Value and Determine the Secured Status of Lien on Real Property (hereinafter "Motion to Value") [ECF #20].

2. On December 11, 2012, this Court entered an order denying the Motion to Value citing the anti-modification provisions of 11 U.S.C. §1322(b)(2) [ECF #94].

3. Debtors now seek re-hearing on the Motion to Value as the memorandum opinion entered by the Court contains certain misstatements and/or omissions relating to the factual findings. It is Debtors' position that said memorandum order should be amended to correct said misstatements and/or omissions and that said facts may ultimately effect this Court's ruling. As such, Debtors seek re-hearing on this matter.

1

**WHEREFORE,** Debtors, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero, request an order of this Court granting re-hearing relating to Motion to Value and Determine Secured Status of Lien on Real Property [ECF #20] and for any and all other relief this Court deems appropriate.

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Richard R. Robles, P.A.
Attorneys for Debtor
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
(305) 755-9200


/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481