

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                CHAPTER 13

Marcos Osmani Rivero                                  CASE NO. 12-18611-AJC
a/k/a Marcos O. Rivero, and
Tania Rivero,
            Debtor(s).
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of: MARCOS OSMANI RIVERO a/k/a MARCOS O. RIVERO and TANIA RIVERO

[ ] Plaintiff         [ ] Defendant        [ x ] Debtor         [ ] Other

Date of Hearing/Trial:      October 30, 2012 at 3:00 p.m.

Type of Hearing/Trial:      Motion to Value And Determine the Secured Status
                            Of Lien on Real Property Held by National City Bank
                            and PNC, National Association

SUBMITTED BY:               Law Offices of Richard R. Robles, P.A.
                            Attorneys for Debtors
                            905 Brickell Bay Drive
                            Four Ambassadors
                            Tower II, Mezzanine, Suite 228
                            Miami, Florida 33131
                            Telephone: (305) 755-9200

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Motion to Value [ECF #20] | all admitted | | |
| 2 | August 22, 2011 Advertisement for Rental of Property | | | |
| 3 | October 17, 2011 Advertisement for Rental of Property | | | |

1

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 4 | Lease Agreement for 5401 Collins Avenue, Unit 726, Miami Beach, Florida 33140 With Rosemary Donnelly | | | |
| 5 | Lease Agreement for 5401 Collins Avenue, Unit 726, Miami Beach, Florida 33140 With Andre-Laurence Drouin | | | |
| 6 | May 14, 2012 Advertisement for Rental of Property | | | |
| 7 | Lease Agreement for 5401 Collins Avenue, Unit 726, Miami Beach, Florida 33140 With Rittavee Keeratiwutthikul | | | |
| 8 | Proof of Payment- Rent Checks | | | |
| 9 | Debtors' Voter Registration Cards | | | |
| 10 | Debtors' Driver Licenses | | | |
| 11 | Sample Bills of Debtors | | | |
| 12 | Promissory Note, Mortgage and Loan Application relating to the Lien | | | |

2

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 13 | Appraisal of Real Property Report By Roberto Balseiro, Jr. | | | |
| 14 | Uniform Standards for Professional Appraisal Practices- Rules Regarding Retroactive Appraisals | | | |
| 15 | Miami-Dade County Property Appraisal 2011 Report for 5401 Collins Avenue, Unit 726 Miami Beach, Florida 33140 | | | |
| 16 | Miami-Dade County Property Appraisal 2012 Report for 5401 Collins Avenue, Unit 726 Miami Beach, Florida 33140 | | | |
| 17 | Chapter 13 Petitions Schedules and Amended Schedules | | | |
| 18 | All Exhibits Listed By Creditor, PNC Bank, National Association | | | |

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Richard R. Robles, P.A.
Attorneys for Debtors
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
(305) 755-9200

/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481