

**ORDERED in the Southern District of Florida on January 30, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:

    Marcos Osmani Rivero aka         Case No. 12-18611-AJC

    Marcos O Rivero and              Chapter 13 Case

    Tania Rivero,

                Debtors.

### ORDER DENYING MOTION FOR RE-HEARING

       THIS CAUSE came before the Court for hearing on January 29, 2013 upon Debtors

Motion for Re-hearing (D.E. 95). The Court having heard argument of counsel, and being fully

advised, for the reasons stated orally on the record, it is hereby:

**ORDERED:**

      1.   The Motion for Re-Hearing is DENIED.

                            ###

Order submitted by:

Mark E. Steiner, Esq., Attorney for Movant, Weltman, Weinberg & Reis Co., LPA, 550 West Cypress Creek Road, Suite 550, Ft. Lauderdale, Florida 33309

Mark E. Steiner, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

Marcos Osmani Rivero and Tania Rivero, 5401 Collins Avenue, Apt. 219, Miami Beach, FL 33140

Richard R. Robles, Esq., 905 Brickell Bay Dr, #228, Miami, FL 33131

Nancy N. Herkert, Trustee, POB 279806, Miramar, FL 33027

U.S. Trustee, Office of the US Trustee, 51 S.W. 1st Ave, Suite 1204, Miami, FL 33130