UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                                CHAPTER 13

MARCOS OSMANI RIVERO a/k/a                    CASE NO. 12-18611-BKC-AJC
MARCOS O. RIVERO and
TANIA RIVERO

                    Debtor(s).
_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

     **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

     **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

     **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

     **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | PNC Bank | $219,730.07 | Debtors object to the claim as the claim is being dealt with outside the plan. |

LF-24 (rev. 12/01/09)

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF COMPLIANCE

     I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

     Respectfully submitted,

     Law Offices of Richard R. Robles, P.A.
     Attorneys for Four Ambassadors
     905 Brickell Bay Drive
     Four Ambassadors
     Tower II, Mezzanine, Suite 228
     Miami, Florida 33131
     (305) 755-9200

     /s/ Richard R. Robles, Esquire
     RICHARD R. ROBLES, ESQUIRE
     Florida Bar No. 0088481

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).