UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                                                    CHAPTER 13

Marcos Osmani Rivero                                                      CASE NO. 12-18611-AJC
a/k/a Marcos O. Rivero, and
Tania Rivero,
         Debtor(s).

_____/

## MOTION FOR REFUND OF OVERPAYMENT

**COMES NOW**, Debtors, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero (hereinafter "Debtors"), and move this Court for a refund of overpayment to the Debtors, and in support state as follows:

1. On or about June 4, 2013, the Court entered an Order confirming the Debtors' Second Amended Plan [ECF #118].

2. Pursuant to the payments listed on the Second Amended Plan, Debtors have paid their plan in full and have made an overpayment.

3. The Debtors hereby request a refund of any and all overpayments to the Debtors.

**WHEREFORE,** Debtors, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero, request an order of this Court granting an refund to the Debtors of any overpayment and for any and all other relief this Court deems appropriate.

Dated: June 4, 2013.

1

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Richard R. Robles, P.A.
Attorneys for Debtors
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
(305) 755-9200


/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481

2