UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                              CHAPTER 13

MARCOS OSMANI RIVERO a/k/a                          CASE NO. 12-18611-BKC-AJC
MARCOS O. RIVERO and
TANIA RIVERO

           Debtors.
_____/

**MOTION TO MODIFY THE SECOND AMENDED CHAPTER 13 PLAN [ECF #101]**

**COME NOW**, Debtor, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero (hereinafter collectively "Debtors") by and through the undersigned counsel, and file this Motion to Modify the Second Amended Chapter 13 Plan [ECF #101] (hereinafter "Motion"), and state as follows:

1. The Debtors filed their voluntary petition under Chapter 13 of the United States Bankruptcy Code on April 10, 2012. The Second Amended Chapter 13 Plan was confirmed on June 4, 2013 [ECF #118]. The Debtors now seek to further modify the Chapter 13 Plan.

2. "At any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor. . .to. . (2) extend or reduce the time for such payments;" 11 U.S.C.§ 1329(a)(2).

3. Debtors have filed their First Modified Plan on November 25, 2014.

**WHEREFORE**, the Debtors, Marcos Osmani Rivero a/k/a Marcos O. Rivero and Tania Rivero, request that this Motion be granted ordering that the Second Amended Chapter 13 Plan be modified.

1

Dated: November 25, 2014.

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).


Law Offices of Richard R. Robles, P.A.
Attorneys for Four Ambassadors
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
(305) 755-9200


/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481

2