UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marcos Osmani Rivero    JOINT DEBTOR: Tania Rivero    CASE NO.: 12-18611
Last Four Digits of SS# xxx-xx-8831    Last Four Digits of SS# xxx-xx-9207

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 282.05 for months 1 to 36 ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 7,400.00 ($3500 Fees; $150 Costs; Motions to Value $3750)    TOTAL PAID $ 7,400.00

Balance Due $ -NONE- payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Alarm & Electronics, Inc. c/o Max A. Goldfarb, Esq.; 19 W. Flager Street, Suite 703; Miami, FL 33130 Account No: Case No. 09-08883-SP-05 | 5401 Collins Avenue, Apt. 726 Miami Beach, Florida 33140-5507 $ 130,000.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |
| Barron's Wholesale Tire, Inc. c/o Richard P. Joblove, Esquire; Richard P. Joblove, P.A.; 12372 S.W. 82 Avenue; Miami, FL 33156 Account No: Case No. 08-01321-CC-26 | 5401 Collins Avenue, Apt. 726 Miami Beach, Florida 33140-5507 $ 130,000.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |
| Percy Cummins 202 Country Club Parkway; Maumelle, AR 72113 Account No: Case No. 2007-0244 | 5401 Collins Avenue, Apt. 726 Miami Beach, Florida 33140-5507 $ 130,000.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |
| South Dade Automotive, Inc. c/o Stuart A. Lones, Esq.; Ferdie & Lones, Chartered; 717 Ponce De Leon Blvd., Suite 223; Miami, FL 33134 Account No: Case No. 08-38477 CA (15) | 5401 Collins Avenue, Apt. 726 Miami Beach, Florida 33140-5507 $ 130,000.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service
SPF- Bankruptcy; P.O. Box 17167, Stop 5730; Attention Bankruptcy Unit; Fort Lauderdale, FL 33318

Total Due $ 0.00

Payable $ 0.00 /month    (Months 60 to 60) Regular Payment $ N/A

Unsecured Creditors: Pay $ 253.84 /month (Months 1 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Andre - Laurence Drouin      Rental of Investment Property (5401 Collins Avenue, Apt. 726, Miami Beach, Florida 33140)

Special Intentions:

Coastal States Mortgage Corporation: Outside of Plan.

PNC Bank: Outside of Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____          _____
Marcos Osmani Rivero               Tania Rivero
Debtor                             Joint Debtor
Date: November 17, 2014            Date: November 17, 2014