

**ORDERED in the Southern District of Florida on May 28, 2015.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                                         CHAPTER 13

Marcos Osmani Rivero and                      CASE NO. 12-18611-AJC
Tania Rivero,

       Debtor(s).
_____/

**ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF PNC BANK (POC #3)**
**(ECF #106)**

    THIS CASE came on to be heard on April 16, 2013 at 9:00 a.m., on the Debtors, Marcos Osmani Rivero and Tania Rivero's, Objection to Claim of PNC Bank (POC #3) (ECF #106) (hereinafter "Objection"), and based on the record, it is

1

ORDERED as follows:

1. That the Debtors' Objection is SUSTAINED.

2. PNC Bank shall receive no distribution from the Chapter 13 Trustee.

\* \* \*

Submitted by:
RICHARD R. ROBLES, ESQUIRE
905 BRICKELL BAY DRIVE, SUITE 228
MIAMI, FLORIDA 33131
(305) 755-9200
rrobles@roblespa.com

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.